UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:13-cr-33-HSM-SKL |
| | ) | |
| v. | ) | |
| | ) | |
| MARVIN REX LEVERETTE, JR. | ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [Doc. 32]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 32] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)    Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2)    Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)    Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(4)    Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **February 23, 2015 at 2:00 p.m. [EASTERN]** before the

Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                           */s/Harry S. Mattice, Jr.*
                           HARRY S. MATTICE, JR.
                       UNITED STATES DISTRICT JUDGE